UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REALJZ LLC d/b/a BET-TENDERS, A New York limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> FUBO TV, INC and FUBO GAMING, INC., A Delaware corporation, <br><br> Defendant. | Case No. 1:22-cv-07111 <br><br> **JURY TRIAL DEMANDED** |

## COMPLAINT

NOW COMES the Plaintiff, REALJZ LLC d/b/a BET-TENDERS, a New York limited liability company ("Bet-Tenders"), by and through its attorneys, Schneider Wallace Cottrell Konecky LLP, and for its Complaint against the Defendants, Fubo TV, Inc. ("Fubo TV"), and Fubo Gaming, Inc., a Delaware corporation ("Fubo Gaming"), states as follows:

## PARTIES

1. Bet-Tenders is a New York limited liability company registered to do business in Arizona and New Jersey.

2. Fubo TV, Inc., is a New York based Delaware corporation that provides a sports focused live television streaming service.

3. Fubo Gaming, Inc., is a Delaware corporation with its principal place of business located in Cook County, Illinois. Fubo Gaming, Inc., is a subsidiary of Fubo TV, Inc. Fubo Gaming

-1-

launched Fubo Sportsbook, a wagering platform for thousands of professional and college sporting events integrated with Fubo TV's live television streaming platform.

## JURISDICTION

4. The parties are citizens of different states.

5. The amount in controversy exceeds $75,000.

6. This Court therefore has subject matter jurisdiction of this action pursuant to 28 U.S.C § 1332.

## VENUE

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1391, in that the parties' contract was formed, in part, and performed, in part, in Cook County, Illinois.

## BACKGROUND

8. Fubo Gaming and Bet-Tenders are parties to a Marketing Partner Agreement, dated January 10, 2022, a copy which is attached as <u>Exhibit A</u> ("Parties Agreement"). In the Parties Agreement, Fubo Gaming is referred to as "Operator" and Bet-Tenders as "Marketing Partner."

9. Fubo Gaming in its Bid Summary of the Master Sports Wagering License Application assured the Illinois Gaming Board that their financial stability "is evidenced by its close relationship with its parent company, Fubo TV." A copy of the Bid Summary of Master Sports Wagering License Application is attached as <u>Exhibit B</u> ("Bid Summary").

10. In the Bid Summary, Fubo Gaming, Inc., and Fubo TV, Inc., informed the Illinois Gaming Board that "all Fubo Gaming operations will be fully funded from cash on hand by Fubo TV." (*See* Exhibit B)

11. By letter dated October 17, 2022, Fubo Gaming provided Bet-Tenders with a notice of dissolution ("Dissolution Notice"), informing Bet-Tenders that a Certificate of Dissolution had been filed by Fubo Gaming with the Delaware Secretary of State on or about October 17, 2022. A copy of the Dissolution Notice is attached as <u>Exhibit C.</u>

12. Through its Dissolution Notice, Fubo Gaming informed Bet-Tenders that it would commence the winding up process in accordance with Delaware law, and a *pro rata* or proportional distribution of its assets to respective creditors. (*See* Exhibit C).

13. Fubo TV, Inc., on its website, announced that as of October 17, 2022, Fubo Gaming, Inc., had ended operations. Fubo TV, Inc., announced, in the same communication, that it is fully operational and there is no impact as a result of Fubo Gaming, Inc.'s, operations ending. A copy of the article titled "What Happened to Fubo Sportsbook" is attached as <u>Exhibit D</u>.

14. Pursuant to section 7(a) of the Parties' Agreement, "Either Party may terminate this Agreement if the other Party…(b) ceases operation without a successor." (*See* Exhibit A).

15. Under section 7(d)(c) of the Parties' Agreement, "Upon termination or expiration of this Agreement…(c) Operator will not be obligated to make any further payments to Marketing Partner with the exception that Operator will continue to pay Bounties, if any, and to the extent applicable, as described in Exhibit A for New Users acquired prior to the termination of this Agreement; and…(d) will survive the termination or expiration of this Agreement." (*See* Exhibit A).

16. Exhibit A of the Parties Agreement, titled "Fees and Payment Terms" addresses bounties that Fubo Gaming would pay to Bet-Tenders. Fubo Gaming agreed to pay Bet-Tenders "US$350 for each New User." Fubo Gaming "will remit payment for undisputed Bounties

to Bet-Tenders within thirty (30) days following the end of the month in which they were earned." (*See* Exhibit A).

17. Karen Milner, Chief Financial Officer for Bet-Tenders ("Milner"), communicated with Jonathan Sprung, Senior Affiliate Manager for Fubo Gaming ("Sprung") via e-mail on October 18, 2022. E-mail communication is attached as Exhibit E.

18. As of October 17, 2022, Fubo Gaming has failed to pay Bet-Tenders for bounties due on August 31, 2022; September 30, 2022; and October 17, 2022. Bounties due for the month of August are $20,650; September-$83,300; and $29,750 for the month of October. The total amount due for the period between August and October of 2022 was $133,700 (*See* Exhibit E).

19. Fubo Gaming through Sprung had assured Milner that proposed payments would go out to Bet-Tenders by the end of the week of October 11, 2022 (*See* Exhibit E).

## COUNT I

### (Breach of Contract)

20. Bet-Tenders has fully performed under the Parties Agreement, and Fubo Gaming has breached the contract by failing to pay Bet-Tenders the amount that is owed.

21. Bet-Tenders has demanded payment of the sums it is owed, but Fubo Gaming refuses to pay Bet-Tenders such sums.

22. Bet-Tenders is entitled to prejudgment interest at the rate of five percent (5%) per annum, pursuant to 815 ILCS 205/2 upon the sums owing, from October 17, 2022.

23. WHEREFORE, the Plaintiff, REALJZ LLC d/b/a BET-TENDERS, respectfully requests a judgment entered in its favor and against FUBO TV, INC., and FUBO GAMING, INC., in the amount of $133,700.00, together with prejudgment interest and its cost of this action,

for reasonable attorney's fees, and such other and further relief deemed appropriate under the circumstances.

## COUNT II

### (Declaratory Judgment)

24. Bet-Tenders brings its claim for declaratory judgment pursuant to 28. U.S.C § 2201.

25. An actual controversy exists as to whether Fubo Gaming is liable to Bet-Tenders pursuant to the Parties Agreement entered between the parties.

26. Bet-Tenders seeks a declaration of this Court that Fubo Gaming is liable to Bet-Tenders for any amount pursuant to the Parties Agreement.

27. WHEREFORE, the Plaintiff, REALJZ LLC d/b/a BET-TENDERS, respectfully requests this Court declare that FUBO TV, INC., and FUBO GAMING, INC., are liable pursuant to the Parties Agreement, award Bet-Tenders damages exceeding $75,000, costs of this action, for reasonable attorney's fees, and such other and further relief deemed appropriate under the circumstances.

## JURY DEMAND

28. Plaintiff Demands a Trial by Jury.

**Dated:** December 16, 2022

Respectfully submitted,

*s/Douglas M. Werman*

WERMAN SALAS P.C.
Douglas M. Werman
Maureen A. Salas
77 W. Washington St., Suite 1402
Chicago, IL 60602
Tel: (312) 419-1008
Fax: (312) 419-1025
dwerman@flsalaw.com
msalas@flsalaw.com

SCHNEIDER WALLACE
COTTRELL KONECKY LLP
Peter Schneider, to appear *pro hac vice*
3700 Buffalo Speedway, Suite 960
Houston, TX 77098
Tel: (713) 338-2560
Fax: (415) 421-7105
pschneider@schneiderwallace.com

Attorneys for Plaintiff